# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:18-CV-237-DCK

| | |
|---|---|
| **LATASHA EL,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **ANDREW SAUL,** Commissioner of Social Security, | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Attorney Fees Under § 406(b) Of The Social Security Act" (Document No. 21) filed February 2, 2021. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

By the instant motion, Plaintiff seeks an Order directing that the Commissioner of Social Security should pay the sum of $18,000.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. (Document No. 21). Plaintiff's counsel notes that she achieved an award of "over $120,000.00 in back benefits as well as ongoing benefits" for her client. (Document No. 21, p. 2).

Defendant has filed a response stating that he "neither supports nor opposes Plaintiff's counsel's request for fees." (Document No. 22, p. 1).

The undersigned finds Plaintiff's motion, arguments, and legal authority to be persuasive.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Attorney Fees Under § 406(b) Of The Social Security Act" (Document No. 21) is **GRANTED**. The Commissioner of Social Security shall pay to Plaintiff's counsel, Charlotte W. Hall, the sum of **$18,000.00**, sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and then Plaintiff's counsel shall pay to Plaintiff the sum of **$8,000.00**, and upon the payment of such sums, this case is dismissed with prejudice.

**SO ORDERED**.

Signed: April 5, 2021

David C. Keesler
United States Magistrate Judge